```
                                          FILED
                                          April 12, 2006
                                          CLERK, US DISTRICT COURT
                                          EASTERN DISTRICT OF
                                          CALIFORNIA
                                          DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>RICHARD ALFRED LOVETT, II, )<br>)<br>Defendant. ) | Case No. CR S-06-0142 FCD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  RICHARD ALFRED LOVETT, II , Case No. CR S-06-0142 FCD  , Charge  18 USC §§ 287 and 2 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of $_____

_X_   Unsecured Appearance Bond $ _10,000__

___   Appearance Bond with 10% Deposit

___   Appearance Bond with Surety

___   Corporate Surety Bail Bond

_X_   (Other)  _Pretrial Services Supervision with conditions._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 12, 2006  at  2:45 p.m.  .

By  _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal