IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )
                                   )
          v.                       )
                                   )
STACY LAKENYA HARRIS,              )          2:06-cr-140-GEB
                                   )
                    Defendant.     )
_____   )
                                   )
UNITED STATES OF AMERICA,          )
                                   )          2:06-cr-142-FCD
                    Plaintiff,     )
                                   )
          v.                       )
                                   )          RELATED CASE ORDER
RICHARD ALFRED LOVETT, II,         )
                                   )
                    Defendant.     )
_____   )

          Examination of the above-entitled criminal actions reveals
that the actions are related within the meaning of Local Rule 83-123.
The actions arise out of the same transaction or series of
transactions and would therefore entail a substantial duplication of
labor if heard by different judges.  Accordingly, the assignment of
the matters to the same judge is likely to effect a substantial
savings of judicial effort and is also likely to be convenient for the
parties.

1

1    The parties should be aware that relating the cases under

2  Local Rule 83-123 merely has the result that the actions are assigned

3  to the same judge; no consolidation of the actions is effected.  Under

4  the regular practice of this court, related cases are generally

5  assigned to the judge to whom the first filed action was assigned.

6    IT IS THEREFORE ORDERED that the action denominated

7  2:06-cr-142-FCD is reassigned to Judge Garland E. Burrell, Jr., for

8  all further proceedings.  Henceforth, the caption on documents filed

9  in the reassigned case shall show the initials "GEB" instead of the

10  other judge's initials.

11    IT IS FURTHER ORDERED that the Clerk of the Court make

12  appropriate adjustment in the assignment of criminal cases to

13  compensate for this reassignment.

14  Dated:  April 20, 2006

15

16                         /s/ Garland E. Burrell, Jr.
                          GARLAND E. BURRELL, JR.
17                         United States District Judge

18

19

20

21

22

23

24

25

26

27

28

                                  2