UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

**PRETRIAL SERVICES VIOLATION PETITION**

The United States,

   -vs-

Richard Alfred Lovett, II                                      **Docket No. CRS-06-0142-GEB**

**COMES NOW** Gina Lee Faubion, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Richard Alfred Lovett, II, who was placed on bond by the Honorable Dale A. Drozd, U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on the 12th day of April, 2006, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 18:287 and 2- False Claim and Aiding and Abetting.

**BOND CONDITIONS**: The defendant was released on a $10,000 unsecured bond with pretrial services supervision and special conditions of release. Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Lovett submitted a urine sample as directed on December 28, 2006, which tested positive for cocaine.

The defendant submitted a urine sample as directed on January 8, 2007, which tested positive for cocaine.

**PRAYING THAT THE COURT WILL ORDER** a bench warrant be issued for the arrest of said defendant.

**LAST KNOWN ADDRESS:**     On file with Pretrial Services
**TELEPHONE NUMBER:**     On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

                                                                                                     Respectfully submitted,

                                                                                                     /s/ Gina Lee Faubion

                                                                                                     Gina Lee Faubion
                                                                                                     Pretrial Services Officer
                                         **ORDER**      January 17, 2007

_X_     The Court hereby orders a bench warrant be issued for the arrest of said defendant, the bail issue is to be determined by a Magistrate Judge.

Dated: January 17, 2007

                                                            GARLAND E. BURRELL, JR.
                                                            United States District Judge

Pretrial Services Violation Petition - page 2
Lovett, Richard Alfred

**SPECIAL CONDITIONS:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used;

7. You shall submit to drug or alcohol testing as approved by the pretrial services officer;

8. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer.

**CHRONOLOGY OF EVENTS:**

On December 15, 2006, the defendant appeared before the Honorable Garland E. Burrell, Jr., and was sentenced 15 months imprisonment.  The Court ordered the defendant to self-surrender for service of sentence on January 26, 2007.

On January 5, 2007, Pretrial Services spoke with the defendant regarding his positive drug test on December 28, 2006.  On said date, Pretrial Services advised the defendant that continued illegal drug use or missed tests would not be tolerated and any additional positive tests or missed tests after January 5, 2007, would result in a pretrial services violation petition.  The assigned government prosecutor is asking that a bench warrant be issued.