PROB 35A

**ORDER TERMINATING TERM OF SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  2:06CR00142-01** |
| ) | |
| **Richard Alfred LOVETT, II** ) | |
| ) | |

On December 15, 2006, the above-named was placed on Supervised Release for a period of 3 years, which commenced February 21, 2008.

On October 10, 2010, this office was notified by the Sacramento County Sherif's Office that the releasee was confirmed dead by the County of Sacramento Coroner's Office on October 9, 2010 (copy of the notification is on file).  According to the Sacramento County detective assigned to the case, Lovett was gunned down in front of his apartment by the husband of a female that Lovett was reportedly involved with romantically.  It is accordingly recommended this case be closed.

Respectfully submitted,

/s/ Miranda L. Hoyer

**MIRANDA L. HOYER
United States Probation Officer**

Dated:      November 22, 2010
            Roseville, California
            MLH:cd

**REVIEWED BY:**     /s/ Kyriacos M. Simonidis
                    **KYRIACOS M. SIMONIDIS
                    Supervising United States Probation Officer**

1

Re:     Richard Alfred LOVETT, II
        Docket Number:   2:06CR00142-01
        **ORDER TERMINATING TERM OF SUPERVISED RELEASE
        PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

---

### ORDER OF COURT

It appearing that Richard Alfred Lovett, II, is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

Dated:  December 8, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

(Notification copy on file)

cc:    AUSA - Samantha S. Spangler
       FLU Unit - United States Attorney's Office
       Fiscal Clerk - Clerk's Office
       Restitution Accounts - Victims